# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2013

146596 & (72)(77)(78)(79)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CAPITAL AREA DISTRICT LIBRARY,
    Plaintiff-Appellant,

v

MICHIGAN OPEN CARRY, INC.,
    Defendant-Appellee.

SC: 146596
COA: 304582
Ingham CC: 11-000200-CZ

_____/

On order of the Court, the motions for leave to file brief amicus curiae are GRANTED. The application for leave to appeal the October 25, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2013



Clerk

p1113